# EXHIBIT A

Case: 3:25-cv-00698-wmc     Document #: 1-1     Filed: 08/20/25     Page 1 of 2

**Exhibit A**

