# EXHIBIT G

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**realratedred** • Follow

**realratedred** 5w

Kalshi just became the first-ever legal way to trade sports in all 50 states — even the ones where sports betting is banned.

This ain't DraftKings. It's a federally regulated exchange, like Wall Street meets the NFL. You're not betting against the house — you're trading against other fans.

What that means for everyday users:

• Trade "Yes/No" contracts on sports outcomes—just like trading futures.
• It's peer-to-peer: Kalshi isn't the house, it's the market.
• Open to all U.S. adults 18+ versus 21+ at sportsbooks.

121 likes
June 18

Add a comment...

More posts from realratedred





More

Also from Meta

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨   © 2025 Instagram from Meta

Messages

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile



**drakectoll** and **kalshisports**
Original audio

Congrats on the sponsorship but I wish it wasn't for gambling 🙄
1 like    Reply

View all 2 replies

**keepinitstilly** 16w
I can't decide whenever the "huh" reaction toward the injury is my favorite part of this or how nonchalantly you riff off the Georgia pick
Reply

**bobbilliams** 16w
Kalshi is dangerous. Sport betting should not be okay for under 21 let alone in all 50 states...
1 like    Reply

191 likes
March 28

Add a comment...

More posts from **drakectoll**





More

Also from Meta

Meta  About  Blog  Jobs  Help  API  Privacy  Consumer Health Privacy  Terms  Locations  Instagram Lite  Threads  Contact Uploading & Non-Users  Meta Verified

English ∨     © 2025 Instagram from Meta

Messages

instagram.com/reel/DHv5yorRybZ/?hl=en          138.0.7204.159                    Windows 10 Enterprise 24H2 (64-bit Build 26100)          7/24/2025 4:21:17 PM


Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**WrightBrosBet**
@WrightBrosBet

Sports Betting legal in all 50 states? It's Happened!

Kalshi is a new platform and they have GREAT prices on all the outright winners for Sunday's games.

We like Chiefs and Eagles to both make it to Super Bowl so we have signed up and bet on those!

👉 Join w/ Link in Bio to claim your $10 bonus

wrightbrosbet and playmakerbetting

wrightbrosbet ✔  25w
SPORTS BETTING IS LEGAL IN ALL 50 STATES!!

Kalshi is changing the game - now we can bet on NFC & AFC Championship games at a great price! Claim your bonus with the link in bio!

**No comments yet.**
Start the conversation.

13 likes
January 26

Add a comment...

**More posts from wrightbrosbet**





Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨     © 2025 Instagram from Meta

More

Also from Meta

Messages