## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HO-CHUNK NATION,<br><br>              Plaintiff,<br><br>v.<br><br>KALSHI INC., KALSHIEX LLC,<br>ROBINHOOD MARKETS, INC.,<br>ROBINHOOD DERIVATIVES LLC, and<br>DOES 1-20,<br><br>              Defendants. | Case No. 25-cv-698 |

**JOINT STIPULATION SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

The parties, by and through their undersigned legal counsel, hereby stipulate as follows:

1. On August 20, 2025, Plaintiff Ho-Chunk Nation filed this action in the United States District Court for the Western District of Wisconsin against Defendants Kalshi Inc., KalshiEX LLC, Robinhood Markets, Inc., and Robinhood Derivatives, LLC (collectively, "Defendants");

2. Defendants, through their respective undersigned counsel, executed waivers of service dated September 22, 2025, for all Defendants, making their deadline to answer or otherwise respond November 21, 2025;

3. Defendants anticipate filing comprehensive motions to dismiss in this matter and believe that the Court and the parties would benefit from giving the parties more time to file response and reply briefs than provided for in Magistrate Boor's Order Governing Filing of Dispositive Motions Prior to Preliminary Pretrial Conference.

4. As a result, the parties agree that within twenty-eight (28) days after Defendants file their forthcoming motion(s) to dismiss the complaint, Plaintiff shall file its opposition;

5. Further, the parties agree that within fifteen (15) days after Plaintiff files its opposition, Defendants shall file their reply or replies.

6. Good cause exists to extend the briefing schedule because the additional time will allow the parties to thoroughly brief the complex issues raised in the complaint. Additionally, no other deadlines in the case will be moved by granting the briefing schedule.

Dated: September 29, 2025

*/s/* Emily M. Feinstein
QUARLES & BRADY LLP
Emily M. Feinstein
Bryce A. Loken
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: 608.251.5000
Facsimile: 608.251.9166
Emily.Feinstein@quarles.com
Bryce.Loken@quarles.com

THE LAW OFFICES OF RAPPORT AND MARSTON
Lester J. Marston
Cooper M. DeMarse
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707.462.6846
Facsimile: 707.462.4235
ljmarston@rmlawoffice.net

THE HO-CHUNK NATION
Michael P. Murphy, Legislative Counsel for Ho-Chunk Nation
P.O. Box 667
Black River Falls, WI 54615
Telephone: 715.284.9343
Michael.Murphy@ho-chunk.com

Attorneys for Plaintiff HO-CHUNK NATION

Dated:  September 29, 2025                     */s/* Olivia S. Choe
                                                            MILBANK LLP
Olivia S. Choe
Joshua B. Sterling
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586
OChoe@milbank.com
JSterling@milbank.com

Grant R. Mainland
Karen Wong
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Facsimile: 212.530.5219
GMainland@milbank.com
KWong3@milbank.com

Attorneys for Defendants KALSHI INC. and KALSHIEX LLC

3

| | |
|---|---|
| Dated:  September 29, 2025 | */s/* Jessica Hutson Polakowski |
| | REINHART BOERNER VAN DEUREN S.C. |
| | Jessica Hutson Polakowski |
| | 22 E Mifflin St |
| | Suite 700 |
| | Madison, WI 53703 |
| | jpolakowski@reinhartlaw.com |
| | Telephone: 608.229.2200 |
| | Facsimile: 608.229.2100 |
| | |
| | CRAVATH, SWAINE, & MOORE LLP |
| | Antony L. Ryan (pro hac vice pending) |
| | Kevin J. Orsini (pro hac vice pending) |
| | Brittany L. Sukiennik (pro hac vice pending) |
| | Two Manhattan West |
| | 375 Ninth Avenue |
| | New York, NY 10001 |
| | Telephone: 212-474-1000 |
| | Facsimile: 212-474-3700 |
| | ARyan@cravath.com |
| | KOrsini@cravath.com |
| | BSukiennik@cravath.com |
| | |
| | Attorneys for Defendants ROBINHOOD MARKETS, INC. and ROBINHOOD DERIVATIVES, LLC |