IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HO-CHUNK NATION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, AND DOES 1-20,<br><br>    *Defendants*. | Case No. 3:25-cv-00698 |

**KALSHI DEFENDANTS' MOTION TO DISMISS**

For the reasons stated in the Brief filed concurrently with this Motion, Defendants Kalshi Inc. and KalshiEX LLC (the "Kalshi Defendants") move to dismiss the Complaint for Declaratory and Injunctive Relief and Money Damages (ECF No. 1) with prejudice under Federal Rule of Civil Procedure 12(b)(6), and under Federal Rule of Civil Procedure 12(b)(1) with respect to the Fourth Cause of Action.

Dated: November 21, 2025

Respectfully submitted,

*/s/ Sarah A. Zylstra*

Sarah A. Zylstra (State Bar No. 1033159)
szylstra@boardmanclark.com
Boardman & Clark LLP
1 South Pinckney Street, Suite 410
P.O. Box 927
Madison, WI 53701
Telephone: (608) 257-9521
Facsimile: (608) 283-1709

Olivia S. Choe
ochoe@milbank.com
Joshua B. Sterling
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland
gmainland@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*