**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF**
**WISCONSIN**

| | |
|---|---|
| HO-CHUNK NATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KALSHI INC., KALSHIEX LLC, ) <br> ROBINHOOD MARKETS, INC., ) <br> ROBINHOOD DERIVATIVES, LLC, ) <br> AND DOES 1-20, ) <br> ) <br> Defendants. ) | Case No. 3:25-cv-00698-WMC |

**ROBINHOOD DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Defendants Robinhood Markets, Inc. and Robinhood Derivatives, LLC (together, "Robinhood") respectfully request that this Court take judicial notice of and treat as incorporated by reference the following document:  Exhibit 1 to the Declaration of Antony L. Ryan (the "Ryan Declaration"), which is a true and correct copy of the Tribal-State Compact Between the State of Wisconsin and the Wisconsin Winnebago Tribe (the "Ho-Chunk Tribal-State Compact").

**GROUNDS FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE**

When ruling on a motion to dismiss, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice."  *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).  Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute because [they]: (1) [are] generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Under the incorporation by reference doctrine, "documents attached to a motion to dismiss are considered part of the pleadings if they are referred to in the plaintiff's complaint and are central to his claim."  *Wright v. Associated Ins. Companies Inc.*, 29 F.3d 1244, 1248 (7th Cir. 1994); *see Brownmark Films, LLC v. Comedy Partners*, 682 F.3d 687, 690 (7th Cir. 2012) (explaining that a defendant can treat documents as incorporated by reference into a plaintiff's complaint without converting a motion to dismiss into a motion for summary judgment); *Tierney v. Vahle*, 304 F.3d 734, 738 (7th Cir. 2002) (noting that the incorporation by reference doctrine applies when a document has been referred to in the complaint and its authenticity is not in dispute).

The Ho-Chunk Tribal-State Compact is a public record of which the Court may take judicial notice and also is incorporated by reference in Plaintiff's Complaint.  This document is an official public record, whose authenticity cannot reasonably be questioned.  In addition, although not attached to Plaintiff's Complaint, Plaintiff repeatedly references and relies on this document, and the contents of this document helps form the basis of its claims.  *See, e.g.*, Compl. ¶ 5 ("Kalshi

is engaging in sport gambling as defined by the IGRA and the Nation's Compact and Ordinance."); *id.* ¶¶ 37-41 ("By making its sports wagering contracts available on the Nation's Indian Lands … Kalshi violates the Nation's Compact, Ordinance, and Gaming Commission regulations"); *Fin. Fiduciaries, LLC v. Gannett Co.*, 46 F.4th 654, 663 (7th Cir. 2022) ("a court may consider documents that are (1) referenced in the plaintiff's complaint, (2) concededly authentic, and (3) central to the plaintiff's claim").

For the foregoing reasons, Robinhood respectfully requests that the Court take judicial notice of and treat as incorporated by reference into Plaintiff's Complaint Exhibit 1 to the Ryan Declaration.

Dated this 21st day of November, 2025.   Respectfully submitted,

*/s/ Antony L. Ryan*
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel:    (212) 474-1000
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

2

*/s/ Mithun Mansinghani*
Mithun Mansinghani (*pro hac vice*)
Lehotsky Keller Cohn LLP
629 W. Main Street
Oklahoma City, OK 73102
Tel:    (512) 693-8350
Email: mithun@lkcfirm.com


*/s/ Jessica Hutson Polakowski*
Jessica Hutson Polakowski
WI State Bar ID No. 1061368
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street, Suite 700
Madison, WI 53703
Tel:    (608) 229-2200
Email: jpolakowski@reinhartlaw.com


*Attorneys for Robinhood Markets, Inc. and Robinhood Derivatives, LLC*

3