# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

HO-CHUNK NATION,

        Plaintiff,

        v.

KALSHI INC., KALSHIEX LLC,
ROBINHOOD MARKETS, INC.,
ROBINHOOD DERIVATIVES LLC,
and DOES 1-20,

        Defendants.

Case No.: 25-cv-698

---

## PLAINTIFF HO-CHUNK NATION'S MOTION FOR A PRELIMINARY INJUNCTION

---

Plaintiff Ho-Chunk Nation (the "Nation") respectfully moves this Court to enter a preliminary injunction against Defendants Kalshi, Inc. and KalshiEX LLC (collectively "Kashi") to enjoin them from violating the Nation's Tribal State Gaming Compact with the State of Wisconsin and falsely advertising the nature of their sports events contract business.

The Nation submits in support of this motion the following materials which are filed concurrently herewith:

- Brief in Support;
- Proposed Findings of Fact;
- Declaration of President Jon Greendeer;
- Declaration of Executive Director Robert Mudd;
- Declaration of Bryan Wyman;
- Declaration of Skylar Kretz; and
- Declaration of Cooper DeMarse.

1

For the reasons set forth in these materials, the Nation requests the Court enter an Order:

- Preliminarily enjoining Kalshi from violating the Nation's Tribal-State Compact by conducting Class III gaming on the Nation's Indian lands.

- Preliminarily enjoining Kalshi from airing, posting, or otherwise causing dissemination of advertisements referring to their sports events contracts sales as "legal" or "sports betting" or "betting" or any variations thereof, to appear in any medium.

Respectfully submitted this 17th day of December, 2025.

/s/ Emily M. Feinstein

_____

QUARLES & BRADY LLP
Emily M. Feinstein
Bryce A. Loken
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: 608.251.5000
Facsimile: 608.251.9166
Emily.Feinstein@quarles.com
Bryce.Loken@quarles.com

THE LAW OFFICES OF RAPPORT AND
MARSTON
Lester J. Marston
Cooper M. DeMarse
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707.462.6846
Facsimile: 707.462.4235
ljmarston@rmlawoffice.net

THE HO-CHUNK NATION
Michael P. Murphy, Legislative Counsel for
Ho-Chunk Nation
P.O. Box 667
Black River Falls, WI 54615
Telephone: 715.284.9343
Michael.Murphy@ho-chunk.com

Attorneys for Plaintiff HO-CHUNK
NATION