

SARAH A. ZYLSTRA
ATTORNEY
SZYLSTRA@BOARDMANCLARK.COM
DIRECT  (608) 283 1741
FAX       (608) 283 1709

January 22, 2026

<u>Via ECF Filing</u>
The Honorable Anita M. Boor
United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI  53703

**Re:    Ho-Chunk Nation v. Kalshi Inc. et al.,
         Western Dist. Of Wis. Case No. 3:25-CV-00698-wmc**

Dear Magistrate Judge Boor:

    Pursuant to your text only order at Dkt. 58, the parties were ordered to meet and confer on the application of discovery limits and to submit a joint report today setting forth the parties' positions. The parties did meet and confer via Zoom but unfortunately, there was a widespread Microsoft outage today that has severely affected all counsel's ability to send and receive emails. As a result, the outage prevented the parties from being able to send, receive and agree on the draft joint report. The parties apologize for this unexpected occurrence and write to inform the Court that they will file the joint report tomorrow. The contents of this letter have been shared with counsel for all parties, who approve this letter. We thank you for your patience and understanding.

Very Truly Yours,

BOARDMAN & CLARK LLP

Sarah A. Zylstra

cc: All Counsel of Record (*via CM-ECF*)