IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HO-CHUNK NATION,

    *Plaintiff*,

    v.

KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, AND DOES 1-20,

    *Defendants*.

Case No. 3:25-cv-00698-wmc

**JOINT REPORT OF PARTIES
ON APPLICABLE DISCOVERY LIMITS**

    Pursuant to this Court's order at the Preliminary Pre-Trial Conference on January 8, 2026, Plaintiff Ho-Chunk Nation (the "Nation") and Defendants Kalshi Inc., KalshiEX LLC (together, "Kalshi"), Robinhood Markets, Inc., and Robinhood Derivatives, LLC (together, "Robinhood" and with Kalshi, "Defendants") discussed limits on depositions and interrogatories for this matter. The Parties were able to agree on the matters addressed below, except where specific disagreements are noted. The Parties further agree that because no party has yet produced documents and discovery is at an early stage, all Parties reserve the right to seek additional depositions or interrogatories in the future, once additional discovery has occurred. If any Party seeks additional depositions or interrogatories in the future, the parties will meet and confer and ask the Court for relief as may be appropriate.

1. **Interrogatories:**

    The Parties agree:

    The Nation may serve a total of 30 interrogatories on KalshiEX LLC and Kalshi Inc., but each interrogatory must be directed to a specific party, rather than both Kalshi entities. The Nation may serve a total of 30 interrogatories on Robinhood Markets, Inc. and Robinhood Derivatives LLC, but each interrogatory must be directed to a specific party, rather than both Robinhood entities. KalshiEX LLC and Kalshi Inc. may serve a total of 30 interrogatories on the Nation. Robinhood Markets, Inc. and Robinhood Derivatives LLC may serve a total of 30 interrogatories on the Nation.

2. **Depositions:**

    The Parties have separate positions on depositions.

    A. **The Nation's Position:**

    The Nation believes that it may need to depose as many as 15 fact witnesses, based on the allegations in its complaint, statements of defendants, including those made by Defendants KalshiEX, LLC and Kalshi, Inc. (collectively "Kalshi") in their motion practice to date. For example, Kalshi denies that it conducts class III gaming and thus the Nation believes that it will need to depose the third-party market makers Kalshi uses to buy the other side of bets placed by individuals through Kalshi. Along those same lines, the Nation believes that Kalshi may use third parties to price the sports bets it offers and the Nation may need to depose those third parties to prove that Kalshi conducts class III gaming. Kalshi denies that it foments consumer confusion and thus the Nation believes that it may need to depose the third parties that Kalshi uses to promotes its sports betting on social media.

    The Nation believes that it should be able to depose all of Defendants' experts whether retained or disclosed.

    B. **Defendants' Position:**

    Defendants believe that there is no current reason to exceed the default limit of 10 depositions per side (excluding retained experts). If any disclosed expert is not a retained expert, Defendants will consider all reasonable requests for additional depositions to depose that expert on the subject of the disclosed expert testimony. Defendants note, however, that if a fact witness who is later

disclosed as a non-retained expert witness was already deposed regarding the subject of the expert testimony prior to disclosure as an expert, excluding that deposition from the deposition limit would serve to expand the deposition limit. Discovery is at an early stage, no party has produced any documents, and no depositions have yet occurred. The Nation has not made "the particularized showing required under Rules 30 and 26" for additional depositions. *Banks v. Baraboo Sch. Dist.*, No. 3:20-cv-00036, ECF No. 160 at *11 (W.D. Wis. Mar. 1, 2021) (Conley, J.) (declining to permit additional depositions). Identifying "categories of individuals" is too "broad and general" to determine whether the Nation has met "the requirements of Rule 26." *Id.* Defendants respectfully submit that if either side believes it requires additional depositions once further discovery has occurred and an adequate record has been established relevant to the Rule 26(b)(1) and (2) factors, the Parties can meet and confer and, as appropriate, petition the Court for relief.

Dated:  January 23, 2026

Respectfully Submitted

By: /s/ Emily M. Feinstein
QUARLES & BRADY LLP
Emily M. Feinstein
Bryce A. Loken
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: 608.251.5000
Facsimile: 608.251.9166
Emily.Feinstein@quarles.com
Bryce.Loken@quarles.com

THE LAW OFFICES OF RAPPORT AND MARSTON
Lester J. Marston
Cooper M. DeMarse
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707.462.6846
Facsimile: 707.462.4235
ljmarston@rmlawoffice.net

THE HO-CHUNK NATION
Michael P. Murphy, Legislative Counsel for Ho-Chunk Nation
P.O. Box 667
Black River Falls, WI 54615
Telephone: 715.284.9343
Michael.Murphy@ho-chunk.com

*Attorneys for Plaintiff HO-CHUNK NATION*

Dated:  January 23, 2026                             Respectfully Submitted

 By: */s/ Sarah A. Zylstra*
BOARDMAN & CLARK LLP
Sarah A. Zylstra (State Bar No. 1033159)
szylstra@boardmanclark.com
1 South Pinckney Street, Suite 410
P.O. Box 927
Madison, WI 53701
Telephone: (608) 257-9521
Facsimile: (608) 283-1709

MILBANK LLP
Olivia S. Choe
Joshua B. Sterling
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586
OChoe@milbank.com
JSterling@milbank.com

Grant R. Mainland
Karen Wong
Victor Hollenberg
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Facsimile: 212.530.5219
GMainland@milbank.com
KWong3@milbank.com
VHollenberg@milbank.com

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

Dated: January 23, 2026   Respectfully Submitted

*/s/ Jessica Hutson Polakowski*
REINHART BOERNER VAN DEUREN S.C.
Jessica Hutson Polakowski
(State Bar No. 1061368)
jpolakowski@reinhartlaw.com
22 East Mifflin Street, Suite 700
Madison, WI 53703
Tel: (608) 229-2200

CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

LEHOTSKY KELLER COHN LLP
Mithun Mansinghani (*pro hac vice*)
629 W. Main Street
Oklahoma City, OK 73102
Tel: (512) 693-8350
mithun@lkcfirm.com

*Attorneys for Defendants Robinhood Markets, Inc. and Robinhood Derivatives, LLC*