**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| HO-CHUNK NATION, <br><br> *Plaintiff,* <br><br> v. <br><br> KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, AND DOES 1-20, <br><br> *Defendants*. | Case No. 3:25-cv-00698 |

**UNOPPOSED MOTION TO STAY KALSHI DEFENDANTS'
ANSWER TO THE COMPLAINT**

Defendants Kalshi Inc. and KalshiEX LLC (collectively, "Kalshi"), by their counsel Boardman & Clark LLP and Milbank LLP, hereby move to stay their deadline to answer the Complaint, as set forth below.  In support of this motion, Kalshi states as follows:

1.      Plaintiff Ho-Chunk Nation (the "Nation") filed its Complaint in this action on August 20, 2025. (Dkt. 1.)

2.      On November 21, 2025, Kalshi filed a Motion to Dismiss the Complaint. (Dkt. 28.)

3.      On May 11, 2026, the Court granted in part and denied in part Kalshi's Motion to dismiss. (Dkt. 97.) Under Rule 12(a)(4)(A), Kalshi's Answer to the surviving claims in the Complaint is currently due May 26, 2026.

4.      The Nation has advised Kalshi that it intends to seek leave to file an Amended Complaint, but has not yet indicated when it will do so.  If the Nation's Motion for Leave to Amend is granted, any Answer to the original Complaint will be moot.  Therefore, to conserve party and

judicial resources that would otherwise be expended responding to a Complaint that the Nation intends to seek leave to amend, Kalshi respectfully requests that:

a.    The Court stay Kalshi's deadline to answer the Complaint pending its decision on the Nation's forthcoming Motion for Leave to Amend, and

b.    Should the Court deny the Nation's forthcoming Motion for Leave to Amend, it set a deadline by which Kalshi must answer the original Complaint.

5.    Kalshi has met and conferred with the Nation, and the Nation does not oppose the requested stay.

6.    This Motion is not interposed for purposes of delay, and neither the Court nor any party will be prejudiced by the granting of the requested stay.

Dated this 21st day of May, 2026.

Respectfully submitted,

/s/ Sarah A. Zylstra
Sarah A. Zylstra (State Bar No. 1033159)
szylstra@boardmanclark.com
BOARDMAN & CLARK LLP
1 South Pinckney Street, Suite 410
Madison, WI 53701
Telephone: (608) 257-9521
Facsimile: (608) 283-1709

Olivia S. Choe
ochoe@milbank.com
Joshua B. Sterling
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Grant R. Mainland
gmainland@milbank.com
Victor Hollenberg
vhollenberg@milbank.com
MILBANK LLP
55 Hudson Yards

2

New York, NY
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Attorneys for Defendants Kalshi Inc.
and KalshiEX LLC*

3