**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| HO-CHUNK NATION,<br><br>*Plaintiff*,<br>v.<br><br>KALSHI INC., KALSHIEX LLC,<br>ROBINHOOD MARKETS, INC.,<br>ROBINHOOD DERIVATIVES LLC, AND<br>DOES 1-20,<br><br>*Defendants*. | Case No. 3:25-cv-00698 |

**KALSHI'S COMBINED MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL**
**THE COURT'S ORDER DENYING IN PART AND GRANTING IN PART KALSHI'S**
**MOTION TO DISMISS AND STAY PROCEEDINGS PENDING APPEAL**

The undersigned defendants Kalshi Inc. and KalshiEX LLC (collectively, "Kalshi") respectfully move to (1) certify for interlocutory appeal this Court's Opinion and Order, dated May 11, 2026 (ECF No. 97) (the "Order"), to the extent it denied Kalshi's Motion to Dismiss (ECF No. 28), pursuant to 28 U.S.C. § 1292(b) and Federal Rule of Appellate Procedure 5(a)(3), and (2) stay these proceedings pending appeal, pursuant to Federal Rule of Appellate Procedure 8(a)(1).

Certification is warranted because, as more fully explained in the accompanying Memorandum of Law, the Order satisfies the statutory standard for granting interlocutory appeal as (1) it involves controlling questions of law in this case; (2) there is substantial ground for difference of opinion on those questions; and (3) an immediate appeal from the Order will materially advance the ultimate termination of the litigation. *See* 28 U.S.C. § 1292(b).

A stay pending the Seventh Circuit's disposition of Kalshi's petition for leave to appeal and, if leave is granted, the appeal itself is also warranted because, as more fully explained in the

1

accompanying Memorandum of Law, the questions of law Kalshi seeks to certify go to the heart of the claims that survive the Order such that their resolution may dispose of this case or significantly narrow its scope. Proceeding in this Court while the appeal is pending would impose substantial burdens on the parties and the Court that may ultimately prove unnecessary, while a stay would cause no meaningful prejudice to Plaintiff.

Dated: May 29, 2026

Respectfully submitted,

/s/ Olivia S. Choe

Sarah A. Zylstra (State Bar No. 1033159)
szylstra@boardmanclark.com
BOARDMAN & CLARK LLP
1 South Pinckney Street, Suite 410
P.O. Box 927
Madison, WI 53701
Telephone: (608) 257-9521
Facsimile: (608) 283-1709

Olivia S. Choe
ochoe@milbank.com
Joshua B. Sterling
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland
gmainland@milbank.com
Karen Wong
kwong3@milbank.com
Victor Hollenberg
vhollenberg@milbank.com
MILBANK LLP
55 Hudson Yards New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

2

## CERTIFICATE OF SERVICE

I certify that on May 29, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Olivia S. Choe*
Olivia S. Choe